

# United States District Court
# Eastern District of California

| Valerie Martinez-Turnbow, et al., individually and on behalf of all others similarly situated, |
|---|
| Plaintiff(s) |

V.

| PowerSchool Holdings, Inc. |
|---|
| Defendant(s) |

Case Number: 2:25-CV-00165-DC-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Andrew Ready Tate** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Val Turnbow, on behalf of minor John Doe, individually and on behalf of all others similarly situated.

On **03/10/2020** (date), I was admitted to practice and presently in good standing in the **Supreme Court of Georgia** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/14/2025

Signature of Applicant: /s/ Andrew R. Tate

**Pro Hac Vice Attorney**

Applicant's Name: Andrew Ready Tate
Law Firm Name: Peiffer Wolf Carr Kane Conway & Wise, LLP
Address: 235 Peachtree Street NE
Suite 400
City: Atlanta   State: GA   Zip: 30303
Phone Number w/Area Code: (404) 282-4806
City and State of Residence: Avondale Estates, GA
Primary E-mail Address: atate@peifferwolf.com
Secondary E-mail Address: azika@peifferwolf.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sara B. Craig
Law Firm Name: Peiffer Wolf Carr Kane Conway & Wise, LLP
Address: 555 Montgomery Street, Suite 820

City: San Francisco   State: CA   Zip: 94111
Phone Number w/Area Code: (416) 766-3544   Bar #: 301290

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 14, 2025

Dena Coggins
United States District Judge